UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   EDCV 11-00715 VAP (SPx)                               Date:  June 17, 2011

Title:   DRAYDEN RAYMOUNT *v.* TARGET CORPORATION AND DOES 1 TO 50, INCLUSIVE
================================================================
PRESENT:        HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Marva Dillard | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None | None |

PROCEEDINGS:   MINUTE ORDER REMANDING ACTION FOR DEFENDANT'S FAILURE TO SHOW CAUSE RE: AMOUNT IN CONTROVERSY FOR DIVERSITY JURISDICTION (IN CHAMBERS)

     On June 3, 2011, the Court issued an order to show cause ("OSC") why Plaintiff's action should not be remanded to California Superior Court for the County of San Bernardino for failure to meet the amount in controversy requirement for diversity jurisdiction.  See Gaus v. Miles, Inc., 980 F.2d 564, 566-67 (9th Cir. 1992) (It is the removing party's burden to supply factual allegations showing the amount in controversy meets the jurisdictional requirement).

     Defendant did not file a response and thus has not met its burden of establishing that the case is properly in federal court.  <u>Gaus</u>, 980 F.2d at 566. Accordingly, the Court REMANDS the action to the California Superior Court for the County of San Bernardino.

     **IT IS SO ORDERED.**